IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRAN BERNARD LOVINGS, (former SPN #01465388) Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-19-2412 |
| WARDEN OF MICHAEL UNIT, et al., Defendants. | § § § § | |

**MEMORANDUM ON DISMISSAL**

The plaintiff, a former inmate of the Harris County Jail, filed this civil rights action in forma pauperis. Online research reveals that the plaintiff has been released from the custody of the Harris County Jail. The Court confirmed through telephone inquiry that the plaintiff was released from the Harris County Jail on July 16, 2019.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will send notices only to the address on file. The plaintiff has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 James Wm. Moore et al., *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2017). Upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. The plaintiff's

motions to proceed in forma pauperis, (Docket Entries Nos. 2 & 5), and motion to amend, (Docket Entry No. 6), are DENIED as moot.

SIGNED at Houston, Texas, on JUL 1 8 2019.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE